IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CALVIN ROUSE,<br>      Plaintiff, | :<br>:   3:13-cv-1808<br>: |
| v. | :   (Judge Mariani)<br>: |
| PENNSYLVANIA DEPARTMENT OF<br>CORRECTIONS, *et al.*,<br>      Defendants. | :<br>:<br>: |

## ORDER

**AND NOW**, this 28th day of May, 2015, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motion to appoint counsel, (Doc. 49), is **DENIED WITHOUT PREJUDICE**.

2. Plaintiff's motion to compel, (Doc. 51), is **DEEMED WITHDRAWN** for failure to file a supporting brief. *See* M.D. Pa. Local Rule 7.5.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge