IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CALVIN ROUSE, | : | |
| Plaintiff, | : | 3:13-cv-1808 |
| | : | |
| v. | : | (Judge Mariani) |
| | : | |
| PENNSYLVANIA DEPARTMENT OF CORRECTIONS, et al., | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this \_\_4th\_\_ day of January, 2016, for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The claims against the Pennsylvania Department of Corrections are **DISMISSED**. The Pennsylvania Department of Corrections is **DISMISSED** as a party to this action.

2. The motion for judgment on the pleadings, (Doc. 64) is **GRANTED**. Judgment is entered in favor of Defendants Sweeney and Keefer, and against Plaintiff, Calvin Rouse.

3. All other pending motions are **DISMISSED**. (Doc. 59).

4. The Clerk of Court is directed to **CLOSE** this case.

5. Any appeal taken from this Order will be deemed frivolous, without probable cause, and not taken in good faith. See 28 U.S.C. § 1915(a)(3).

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge